UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

JOSEPH ANTHONY FAVORS,             Civil No. 14-3473 (JRT/LIB)

         Plaintiff,

v.                                     **ORDER ADOPTING REPORT
                                        AND RECOMMENDATION**

LUCINDA JESSON,

         Respondent.

_____

Joseph Anthony Favors, 79327, MSOP, 1111 Highway 73, Moose Lake, MN 55767, *pro se* plaintiff,

Matthew Frank, James Early, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 1800, St Paul, MN 55101-2134, Donald E. Bruce, **DAKOTA COUNTY ATTORNEY'S OFFICE,** 1560 Highway 55, Hastings, MN 55033, for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED t**hat Petitioner's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, [Docket No. 1], is **DENIED** with prejudice

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 12, 2015              s/John R. Tunheim
at Minneapolis, Minnesota        JOHN R. TUNHEIM
                                      United States District Judge